701 A.2d 221

**CROWN SERVICES, INC., Appellant,**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD (BECK).**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1997.

Decided Oct. 7, 1997.

Ned Trbovich, for Crown Services, Inc.

John G. Fahey, Jr., Pittsburgh, for William F. Beck.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

332

## ORDER

PER CURIAM.

Order affirmed.